**Michael Aubrey HAKE, Respondent,**

v.

**Betty Ann HAKE (Daniecki), Appellant.**

**No. WD 47161.**

Missouri Court of Appeals,
Western District.

Jan. 18, 1994.

Frank B.W. McCollum, Hamann, Holman, South, McCollum & Hansen, P.C., Kansas City, for appellant.

Barton S. Blond, Blond & Nigro, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from the trial court's order modifying child custody provisions of the original decree of dissolution to grant custody of minor child to respondent.

The judgment is affirmed. Rule 84.16(b).